UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

**YUNIASIH THE, on behalf of herself and others similarly situated,**

**Plaintiff,**

**v.**

**HOGSALT, PAY DAY LLC, 79 WALKER STREET RESTAURANT LLC d/b/a AU CHEVAL, 4 CHARLES STREET RESTAURANT LLC d/b/a 4 CHARLES PRIME RIB, PARENT OF HOGSALT LLC, and UMBRELLA OF HOGSALT INC,**

**Defendants.**

------------------------------------------------------------X

**Case No.: 25-cv-6754**

# NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 68, Plaintiff Yuniasih The accepts Defendants' Offer of Judgment of $5,000 in the above captioned action. Defendants' Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 are attached herein. The Declaration of Michael DiGiulio is attached herein as the proof of service.

Dated: New York, New York
March 27, 2026


JOSEPH & KIRSCHENBAUM LLP
*Attorneys for Plaintiff*

By: /s/ Michael DiGiulio
Michael DiGiulio
45 Broadway, Suite 320
New York, NY 10006
Tel: (212) 688-5640