UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

**YUNIASIH THE, on behalf of herself and others similarly situated,**

**Plaintiff,**

**v.**

**HOGSALT, PAY DAY LLC, 79 WALKER STREET RESTAURANT LLC d/b/a AU CHEVAL, 4 CHARLES STREET RESTAURANT LLC d/b/a 4 CHARLES PRIME RIB, PARENT OF HOGSALT LLC, and UMBRELLA OF HOGSALT INC.,**

**Defendants.**

-------------------------------------------------x

**CASE NO. 25-CV-6754**

# DECLARATION OF MICHAEL DIGIULIO AS PROOF OF SERVICE OF ACCEPTANCE OF OFFERS OF JUDGMENT

Michael DiGiulio declares under penalty of perjury pursuant to 28 U.S.C. § 1745 that:

1. I submit this declaration in support of Plaintiff's filing of her acceptance of Defendants' Federal Rule of Civil Procedure ("FRCP") 68(a) offer of judgment.
2. I am an attorney with Joseph & Kirschenbaum LLP, Plaintiff's counsel in this action. I am familiar with the facts and circumstances set forth herein.
3. On March 16, 2026, Defendants served a FRCP 68(a) offer of judgment for Plaintiff Yuniasih The on Plaintiff's counsel. Defendants' offer of judgement is attached to Plaintiff's notice of acceptance of the offer of judgment.
4. On March 27, 2026, I notified Defendants' counsel of Plaintiff's acceptance of the offer of judgment and served Plaintiff's notice of acceptance of Defendants' offer of judgment on Defendants' counsel.

5. This Declaration is submitted under FRCP 68(a) as proof of service of the offer of judgment and of the acceptance of the offer of judgment.

Dated: New York, New York
April 2, 2026

JOSEPH & KIRSCHENBAUM LLP

By: *Michael DiGiulio*

Michael DiGiulio
45 Broadway, Suite 320
New York, New York 10006
(212) 688-5640

*Attorneys for Plaintiffs*