UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

YUNIASIH THE, on behalf of herself and others
similarly situated,

                                    Plaintiff,

      v.

HOGSALT, PAY DAY LLC, 79 WALKER STREET
RESTAURANT LLC d/b/a AU CHEVAL, 4
CHARLES STREET RESTAURANT LLC d/b/a 4
CHARLES PRIME RIB, PARENT OF HOGSALT
LLC, and UMBRELLA OF HOGSALT INC.,

                              Defendants.

-------------------------------------------------------------X

Case No.:
25-cv-6754

## PROPOSED JUDGMENT

A notice of acceptance of the Rule 68 Offers of Judgment having been filed on April 5, 2026; and Defendants having offered Plaintiff Yuniasih The an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, against Defendants in the amount of $5,000, inclusive of legal fees and costs; it is,

ORDERED and ADJUDGED that Judgment is entered in favor of Yuniasih The against all Defendants in the total sum of $5,000 inclusive of legal fees and costs.

Dated: New York, New York
      _____, 2026

                      _____
                      Hon. Jennifer L. Rochon
                      United States District Judge

1